LAURA IORIO v. EQUITABLE LIFE ASSURANCE SOCIETY
OF THE UNITED STATES.

September 16, 1980.

Petition for certification denied.

PAUL DENSON v. S. S. KRESGE T/A K–MART, INC.

September 16, 1980.

Petition for certification denied.

CATHERINE BEACH v. STATE OF NEW JERSEY.

September 16, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. EMORY JOHNSON.

September 16, 1980.

Petition for certification denied.